

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00250-CR

AZAN MUHAMMAD JANNAH, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 1 of Harris County. (Tr. Ct. No. 1883398).

**TO THE COUNTY CRIMINAL COURT AT LAW NO. 1 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 2nd day of April 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on February 12, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 2, 2015.

Panel consists of Justices Jennings, Higley, and Huddle.
Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 12, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

